**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-2033**
_____

MARY JANE MCGILL,

                Plaintiff - Appellant,

      v.

BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS,

                Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Senior District Judge. (1:09-cv-02506-JFM)

_____

Submitted: January 17, 2013      Decided: January 22, 2013

_____

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Mary Jane McGill, Appellant Pro Se. Edmund J. O'Meally, Andrew G. Scott, PESSIN KATZ LAW, P.A., Towson, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary Jane McGill seeks to appeal the district court's order granting Baltimore City Board of School Commissioners' motion for summary judgment in her age discrimination action. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on July 16, 2012. The notice of appeal was filed on August 22, 2012. Because McGill failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED